1  H. DEAN STEWARD
   SBN 85317
2  107 Avenida Miramar
   Ste. C
3  San Clemente, CA 92672
   Telephone: (949) 481-4900
4  Facsimile: (949) 496-6753

5

6  Attorney for Defendant
   CHANCE WEAVER

7

8

9
                     UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) SA-CR-08-279-CJC
14                                )
              Plaintiff,          ) [Proposed] ORDER RE FILING OF
15                                ) DEFENSE MOTION TO BE RELIVED AS
         v.                       ) COUNSEL
16                                )
   CHANCE WEAVER                  ) Date: May 7, 2010
17                                ) Time:11:00 AM
              Defendant.          )
18 _____)

19    A sufficient showing having been made, it is ordered that

20 defense counsel in this matter may file the attached motion to be

21 relieved as counsel forthwith.

22
   Dated: May 4, 2010          _____
23                             Hon. Cormac J. Carney
                               U.S. District Judge
24

25

26

27

28